**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                     **No. CV 06-1050 MCA/LCS**
                           **CR 02-1865  MCA**

**LUIS ZARATE-NAJERA,**

      **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

      **THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed April 6, 2007.  (Doc. 15.)  Neither party has filed objections to the Proposed Findings and Recommended Disposition.

      **WHEREFORE,**

      **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed are adopted by the Court.

      **IT IS FURTHER ORDERED** that the Judgment entered on December 13, 2005 (Doc. 71) in the case styled *United States v. Luis Zarate-Najera*, 02CR1865 MCA, is hereby **VACATED AND REENTERED** effective with the entry of this order.

      **IT IS FURTHER ORDERED** that, within ten days of the entry of this order, Defendant may file an appeal from said Judgment.

      **IT IS SO ORDERED.**

                                        _____
                                        **UNITED STATES DISTRICT JUDGE**